RECEIVED
IN MONROE, LA.
NOV 29 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KEVIN LaSALLE<br>LA. DOC #495636 | CIVIL ACTION NO. 11-1322 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| ISAAC BROWN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 29 day of November, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE